M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAY -1 A 9: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Farris Palmore #30966_ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 1:07CV372-WKW
_Spectra Care Corporation_ )   (To be supplied by Clerk of U.S. District
_Spectra Care, Director_ )   Court)
_The Haven_ )
_The Haven, Director_ )   Spectra Care Corporation
_The Haven Nurse_ )   Spectra Care Director
 )   The Haven, Director Susan Hammitt
Name of person(s) who violated your )   The Haven, Nurse
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?     YES ☐     NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _Farris Palmore #30966_

         Defendant(s) _Spectra Care Corporation, Spectra Care Director, The Haven, The Haven Director, and Nurse_

      2. Court (if federal court, name the district; if state court, name the county)
         _Middle District, Southern Division_

3. Docket number _____
4. Name of judge to whom case was assigned _____
_____
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
Houston County Jail Dothan, Al.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
The Haven, John Odom Rd. Dothan Al. 36301

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Spectra Care  164 Prevatt Rd. Dothan, Al. 36301
2. Spectra Care Director 164 Prevatt Rd. Dothan Al 36301
3. The Haven, 831 John Odom Rd. Dothan, Al. 36301
4. The Haven Susan Hammitt 831 John Odom Rd Dothan, Al. 36301
5. The Haven Nurse (unknown) 831 John Odom Rd. Dothan, Al. 36301
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
4-25-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was court order to go to the haven by Judge Jackson, The spectra Care Tonya Herold came to the Houston County jail and evaluated me to go to the haven on March 20th 07. The haven sent for me to come to the haven on 4-25-07. When I got to the haven (I was taken by jail CO's) the nurse took me into the nurse's station and ask me questions about

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

my health and drugs and alcohol, I told her that I had been incarcerated since July 15, 06 in the county jail. She said that she had to test me for alcohol in my lungs. She gave me the test about five different times then change machines and repeated this method.

GROUND TWO: Then she started to asking me questions about my getting ahold of alcohol. I told her that I was in solitary confinement and couldn't get to any alcohol.

SUPPORTING FACTS: I repeatedly told the nurse that I hadn't had any alcohol since July 15, 06. She told to go sit outside and wait while she talk to officer Culver. Officer Culver asked me whats going on I told him that the nurse was lying about the results. That she didn't want me at the haven. The nurse call me back in and

GROUND THREE: did the same thing with two different machine then she tested herself to make sure that nothing was wrong with the machine. The she told the officer that

SUPPORTING FACTS: I couldn't stay, that he would have to take me back. when we got in the van I told the officer that she was lying about the test results. I also told him that when we get back I wanted to be tested and the test was given to me by officer Spheres the results read 0.0000 no alcohol whatsoever.

There wasn't anything wrong with the machine at the haven the nurse straight up lied about the results. Violating my Constitutional rights to equal protection of the law, Right to Due-Process, and Discrimination Racial

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want $100,000 for mental anguish, pain and suffering in punitive Damage from Spectra Care. $20,000 from the Haven nurse and the Haven Director for Racial Discrimination, Violation of equal protection of the law, and Violation of Due Process.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-26-07
             (Date)

_____
Signature of plaintiff(s)

Farris Palmore #30966
901 E. Main St.
Dothan, Al 36301

Office of the Clerk
U.S. District Court
P.O. Box 711
Mont, Al. 36101 0711

Houston County Jail Inmate Mail