Farris Palmore -v- Spectra Care Et. Al.   Case No. unknown

5/21/07                                  1:07CV372-WKW

I writing in reference to my case no. unknown due to the fact that they don't allow any legal material at this facility. I have been here since the 14th of this month and havent received any material that might have been sent to the County Jail. I will be here until the 11th of June, so please forward all my mail here and any that was sent to the County Jail (Houston) in Dothan, Al.

Thank you

Farris Palmore

