In The United States District Court
For The Middle District of Alabama
Southern Division

Farris Palmore #30966,
   Plaintiff,

-v-

Spectra Care Corporation, et. al.,
   Defendants.

1:07-CV-372-WKW

Motion For extension of time to file an Objection to the Recommendation of the Magistrate Judge for the following reasons to Wit

1. That the plaintiff is presently in a drug treatment center

2. That said treatment center does not allow any other material other than drug treatment material. Therefore, plaintiff is unable to effectively file an objection.

Respectfully Submitted

Farris Palmore

5/31/07

James Palmer
131 John Odom Rd
Dothan, AL 36303

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery AL 36101-0711