IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |  |
|---|---|---|
| FARRIS PALMORE, #30966 | * | |
| Plaintiff, | * | |
| v. | * | 1:07-CV-372-WKW |
| SPECTRACARE CORPORATION, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff requests an extension of time to file objections to the Recommendation of the Magistrate Judge entered on May 23, 2007. (Doc. No. 6.) Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 6) is GRANTED;

2. Plaintiff is GRANTED an extension from June 5, 2007 to June 19, 2007 to file his objections.

Done, this 5th day of June 2007.

                                            /s/ Wallace Capel, Jr.
                                         WALLACE CAPEL, JR.
                                         UNITED STATES MAGISTRATE JUDGE