THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FARRIS PALMORE, #30966, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07-CV-372-WKW |
| ) | [WO] |
| ) | |
| SPECTRACARE CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Magistrate Judge filed a Report and Recommendation (Doc. # 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 4) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate judgment will be entered.

DONE this 5th day of July, 2007.

                                         /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE